

Bernard J. Capella, New Orleans, La. (court-appointed), Bernard J. Bagert, Jr., New Orleans, La., for petitioner-appellant.

Gerald J. Gallinghouse, U. S. Atty., Robert L. Livingston, Jr., Daniel J. Markey, Jr., Asst. U. S. Attys., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

This is an appeal from the denial, after an evidentiary hearing, of Barker's § 2255 petition, in which he alleged that his guilty plea to violation of 18 U.S. C.A. § 2312 was coerced. He contends that the court did not carry out a deal made between defense counsel, the Assistant United States Attorney, and the District Judge to impose a two year federal sentence to run concurrently with a two year state sentence but instead sentenced Barker to four years. We affirm.

At the time Barker entered his plea of guilty, he was closely questioned by the court to ensure that the plea was voluntarily made. His claim of coercion "is squarely rebutted by appellant's repeated statements to the contrary made at the time the plea was entered and therefore need not be considered further. Putnam v. United States, 10th Cir. 1964, 337 F.2d 313, 315." United States v. Cooper, 5 Cir. 1969, 410 F.2d 1128, 1130.

Moreover, the testimony of the sentencing judge, the Assistant United States Attorney, and counsel for Barker leaves no room for doubt that no deal was made, or was represented to Barker by his counsel as having been made.

Affirmed:

**T. Dwight REID, Trustee of Louis Rasby Tate, a/k/a Lewis Rasby Tate, Bankrupt, Plaintiff-Appellee,**

v.

**AMERICAN SOUTHERN INSURANCE COMPANY, Defendant-Appellant.**

**No. 30555.**

United States Court of Appeals, Fifth Circuit.

Feb. 2, 1971.

Appeal from United States District Court, Southern District of Alabama; Daniel Holcombe Thomas, Chief Judge.

John A. Courtney, Mobile, Ala., for defendant-appellant.

Kilborn, Darby & Kilborn, Matranga, Hess & Sullivan, Mobile, Ala., for plaintiff-appellee; Benjamin H. Kilborn, Barry Hess, Mobile, Ala., of counsel.

Before GODBOLD, CLARK and INGRAHAM, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**David C. RICHARDSON, Plaintiff-Appellant,**

v.

**Elliott L. RICHARDSON, Secretary of Health, Education and Welfare, Defendant-Appellee.**

**No. 30247**

**Summary Calendar.**[*]

United States Court of Appeals, Fifth Circuit.

Dec. 11, 1970.

Rehearing Denied Jan. 6, 1971.

William C. Davis, Jr., John B. L'Engle, Jacksonville, Fla., for plaintiff-appellant.

John L. Briggs, U. S. Atty., John D. Roberts, Asst. U. S. Atty., Jacksonville, Fla., for defendant-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Appellant seeks review of an order of the district court affirming a final decision of the Secretary of Health, Education and Welfare which denied his application for social security disability benefits.

We are not to reweigh evidence or substitute our judgment for that of the Secretary. The role of the court is to determine if there is substantial evidence in the record to support the Secretary's decision. Rome v. Finch, 5 Cir., 1969, 409 F.2d 1329.

The gravamen of appellant's complaint is that the medical evidence to sustain his disability prior to and since the date he was last insured was ignored

---

1. See N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* [1] Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.